United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASFRAN RODRIGUEZ | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-1103 |
| | § | |
| AEGIS SECURITY INSURANCE COMPANY | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Before the Court is Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No. 13) that the Court dismiss this case for failure to prosecute. No objections were filed to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff, though given multiple opportunities, has repeatedly failed to comply with the requirement of filing of a Joint Discovery Case Management Plan. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 12) is **ADOPTED.** It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED on this 9th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE